FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CARLOS TESTA-ZAMORA,<br><br>　　　　Defendant. | NO: 2:22-CR-130-RMP-1<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |

BEFORE THE COURT is the Government's Motion to Dismiss the Indictment Without Prejudice and Quash Arrest Warrant, ECF No. 9. Having reviewed the motion, the Court finds good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion to Dismiss Indictment Without Prejudice, **ECF No. 9**, is **GRANTED**.

2. The Indictment filed on September 20, 2022, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is directed to quash the previously issued Arrest Warrant in this matter.

1     **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

2 Order and provide copies to counsel.

3     **DATED** this June 24, 2024.

                                           *s/ Rosanna Malouf Peterson*
                                          ROSANNA MALOUF PETERSON
                                          Senior United States District Judge

ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS THE
INDICTMENT WITHOUT PREJUDICE ~ 2